UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L'OTTAVO RISTORANTE, DANIEL
HARVEY and SYLVIA HIE, on
behalf of themselves and
all others similarly
situated,

        NO. CIV. S-09-1427 LKK/GGH

    Plaintiffs,

  v.

        O R D E R

INGOMAR PACKING COMPANY,
LOS GATOS TOMATO PRODUCTS,
INTRAMARK USA, INC., and
RANDALL LEE RAHAL,

    Defendants.
_____/

    Upon review of the complaint, it appears that this action should have been commenced in the Fresno district of this court. See Local Rule 3-130(d). Accordingly, this action is hereby TRANSFERRED to this court's Fresno division. See Local Rule 3-120(f). The Clerk is directed to take all necessary action to transfer the case to the Fresno division. The scheduling conference currently set for August 10, 2009 is VACATED.

1

IT IS SO ORDERED.

DATED: May 28, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT