**REESE RICHMAN LLP**
Michael R. Reese
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 579-4625
Facsimile: (212) 253-4272
Email: michael@reeserichman.com

- and -

**MILBERG LLP**
Peter Safirstein
Paul Novak
One Pennsylvania Plaza- 48th Floor
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: psafirstein@milberg.com
        pnovak@milberg.com

*Counsel for Plaintiffs and the Proposed Class*
(additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L'OTTAVO RISTORANTE, DANIEL HARVEY and SYLVIE HIE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, INTRAMARK USA, INC. and RANDALL LEE RAHAL,<br><br>Defendants. | Civil No. 09-CV-01945 (MCE) (EFB)<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' ACCEPTANCE OF SERVICE OF PLAINTIFFS' COMPLAINT AND SUMMONS AND DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |

Plaintiffs L'Ottavo Ristorante, Daniel Harvey and Sylvie Hie ("Plaintiffs") and Defendants Ingomar Packing Company, Los Gatos Tomato Products, Intramark USA, Inc. and Randall Lee Rahal (collectively "Defendants"), through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, Plaintiffs filed the above-captioned action against Defendants on May 22, 2009;

WHEREAS, each and every of the Defendants hereby accepts service of the complaint and summons in the above-captioned action through their undersigned attorneys;

WHEREAS, on June 5, 2009 Plaintiffs filed a motion to relate the above captioned action to the action of *Four in One Company v. S.K. Foods, L.P.*, 08-cv-03017 ("*Four in One Action*") and transfer the above-captioned action to the Honorable Morrison C. England, Jr. of the Eastern District of California who is currently presiding over *Four in One Action*;

WHEREAS, on July 16, 2009 the Court granted Plaintiffs' Motion to Transfer to the Honorable Morrison C. England, Jr.; and

WHEREAS, Plaintiffs intend to file an amended complaint;

The Parties hereby stipulate and agree to the following:

1. Defendants' response is not due until the later of: (a) the deadline for their response in the *Four in One Action* or (b) 45 days after the filing of Plaintiffs' amended complaint in the above-captioned action;

2. If any other action is filed asserting indirect purchaser claims based on allegations similar to those asserted in the above-captioned action ("Tag-Along Action"), Defendants shall respond to the above-captioned action prior to or simultaneously with responding to the Tag-Along Action, even if it requires Defendants to respond prior to the time stated in section 1 above; and

3. No Party may modify the Pretrial Scheduling Order without prior court approval and based upon good cause.

PDF created with pdfFactory trial version www.pdffactory.com

AGREED TO AND STIPULATED BY:

| **REESE RICHMAN LLP** | **BINGHAM MCCUTHEN LLP** |
|---|---|
| */s/  Michael R. Reese* | */s/ Stephen Ara Zovickian* |
| Michael R. Reese | Stephen Ara Zovickian |
| 875 Avenue of the Americas, 18th Floor | Three Embarcadero Center |
| New York, New York 10001 | San Francisco, Ca 94111 |
| Telephone: (212) 579-4625 | Telephone:  415-393-2382 |
| Facsimile: (212) 253-4272 | Fax: 415-393-2286 |
| Email:  michael@reeserichman.com | Email: stephen.zovickian@bingham.com |
| | |
| **MILBERG LLP** | *Counsel for Defendant Ingomar Packing Co.* |
| Peter Safirstein | |
| Paul Novak | **GIBSON DUNN & CRUTCHER LLP** |
| One Pennsylvania Plaza- 48th Floor | |
| New York, New York 10119 | */s/ George A. Nicoud, III* |
| Telephone:      (212) 594-5300 | George A. Nicoud, III |
| Facsimile:       (212) 868.1229 | 555 Mission Street -Suite 3000 |
| Email: psafirstein@milberg.com | San Francisco, CA 94105-2933 |
|           pnovak@milberg.com | Telephone: (415) 393-8200 |
| | Facsimile:    (415) 393-8306 |
| **MILBERG LLP** | Email:  tnicoud@gibsondunn.com |
| Jeff S. Westerman | |
| One California Plaza | *Counsel for Defendant Los Gatos Tomato Products* |
| 300 South Grand Avenue, Suite 3900 | |
| Los Angeles, California 90071 | **WALDER HAYDEN AND BROGAN, P.A.** |
| Telephone:  (213) 617-1200 | */s/ Rebekah R. Conroy* |
| Facsimile:  (213) 617-1975 | Rebekah R. Conroy |
| Email: jwesterman@milberg.com | 5 Becker Farm Road |
| | Roseland, New Jersey 07068 |
| *Attorneys for Plaintiffs* | Telephone:  973-436-4118 |
| *and the Proposed Class* | Facsimile:   973-436-4228 |
| | Email: rrconroy@whbesqs.com |
| | |
| | *Counsel for Defendants Intramark USA, Inc. and Randall Lee Rahal* |

IT IS SO ORDERED.

DATED: September 1, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com