1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| L'OTTAVO RISTORANTE, DANIEL HARVEY and SYLVIA HIE, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, INTRAMARK USA, INC., and RANDAL LEE RAHAL,<br><br>　　　　　Defendants. | No. 09-CV-1945 MCE-EFB<br><br>STIPULATION AND ORDER SETTING JOINT STATUS REPORT FOR JULY 9, 2010 |

　　　　　Plaintiffs L'Ottavo Ristorante, Daniel Harvey and Sylvia Hie, by and through Interim Class Counsel, and Defendants Ingomar Packing Company ("Ingomar") and Los Gatos Tomato Products ("Los Gatos"), by and through their counsel of record, submit the following Stipulation and [Proposed] Order to set the date to submit the Joint Status Report contemplated in the Court's May 25, 2010 Minute Order (Doc. No. 34) for July 9, 2010.

　　　　　The above parties filed a joint status report on April 19, 2010. At that time the parties expected the Department of Justice would object to proceeding with deposition discovery. As a result, the parties proposed postponing certain scheduling until no earlier than such time as the Department of Justice filed its then-anticipated superseding indictment in its criminal case against Frederick Scott Salyer.

A/73396742.1

STIPULATION AND [PROPOSED] ORDER SETTING JOINT STATUS REPORT FOR JULY 9, 2010 09-CV-1945 MCE-EFB

1       The Department of Justice filed its superseding indictment against Mr. Salyer on

2 April 29, 2010.

3       On May 24, 2010, in the related matter *Four-In-One Company, Inc., et al., v. SK*

4 *Foods, L.P., et al.*, Case No. 08-CV-03017-MCE-EFB, the Department of Justice informed

5 counsel for the parties in that matter that it required further time to consider whether to continue

6 to object to deposition discovery.  The parties here have no reason to believe the Department of

7 Justice would take a different position on deposition discovery in this matter.

8       On May 25, 2010, the Court ordered a further Joint Status Report within ten days

9 of the filing of the superseding indictment or not later than July 9, 2010, whichever was earlier.

10       To accommodate the government's request for additional time to consider

11 whether to request a further stay of deposition discovery, the Parties shall have until July 9, 2010

12 to file the Joint Status Report.

13       IT IS SO ORDERED.

14 DATED:  June 9, 2010

15

16                               MORRISON C. ENGLAND, JR

                              UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24 Stipulated to and approved by:

25 Dated:  June 4, 2010                 Respectfully submitted,

26

27  /s/ Michael R. Reese

28 Michael R. Reese

| | |
|---|---|
| 1 | **REESE RICHMAN LLP** |
|   | 875 Avenue of the Americas, 18th Floor |
| 2 | New York, New York  10001 |
|   | Telephone:  (212) 643-0500 |
| 3 | Facsimile:  (212) 253-4272 |
|   | mreese@reeserichman.com |
| 4 | |
|   | **MILBERG LLP** |
| 5 | Peter Safirstein |
|   | Paul Novak |
| 6 | One Pennsylvania Plaza |
|   | New York, New York  10119-0165 |
| 7 | Telephone:  (212) 594-5300 |
|   | Facsimile:  (212) 868-1229 |
| 8 | |
|   | *Co-Lead Interim Class Counsel* |
| 9 | |
| 10 | By: /s/Stephen A. Zovickian |
|   | **BINGHAM MCCUTCHEN LLP** |
| 11 | Stephen A. Zovickian (SBN 79697) |
|   | Rianne Rocca (SBN 223640) |
| 12 | David C. Beach (SBN 226972) |
|   | Three Embarcadero Center |
| 13 | San Francisco, CA  94111-4067 |
|   | Telephone:  (415) 393-2000 |
| 14 | Facsimile:  (415) 393-2286 |
|   | stephen.zovickian@bingham.com |
| 15 | |
|   | *Attorneys for Defendant* |
| 16 | *Ingomar Packing Company* |
| 17 | |
|   | By: /s/George a. Nicoud III |
| 18 | **GIBSON DUNN & CRUTCHER LLP** |
|   | George A. Nicould III, (SBN 106111) |
| 19 | 555 Mission Street, Suite 3000 |
|   | San Francisco, CA  94105-2933 |
| 20 | Telephone:  (415) 393-8200 |
|   | Facsimile:  (415) 393-8306 |
| 21 | gnicoud@gibsondunn.com |
| 22 | *Attorneys for Defendant* |
|   | *Los Gatos Tomato Products* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

A/73396742.1                              3

STIPULATION AND [PROPOSED] ORDER SETTING JOINT STATUS REPORT FOR JULY 9,
2010 09-CV-1945 MCE-EFB