UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SK FOODS, L.P., et al.,<br><br>        Defendants.<br>_____/ | No. 2:08-cv-03017-MCE-EFB<br><br><br><br>**RELATED CASE ORDER** |
| L'OTTAVO RISTORANTE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>INGOMAR PACKING COMPANY, et al.,<br><br>        Defendants.<br>_____/ | No. 2:09-cv-01945-MCE-EFB |

    The Court has received the parties' request to relate the above-referenced cases. Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 123(a), E.D. Cal. (1997).  Both actions require the same factual determination of liability upon similar, if not identical, underlying facts.

1     Because the cases are already assigned to the same district
2  judge, this Order is issued for informational purposes only and
3  shall have no effect on the status of the cases.
4
   Dated: January 10, 2011

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE